UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHARLES CHALOM, et al.,

                      Plaintiffs,

  -against-

JOHN P. DENARO,

                      Defendant.
-----------------------------------------------------------------------X

JUDGMENT
06-CV- 1706 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★    24    ★

BROOKLYN OFFICE

      An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on July 11, 2006, granting defendant's motion to dismiss without prejudice; denying leave to amend; and ordering that no costs or disbursements are granted; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted without prejudice; that leave to amend is denied; and that no costs or disbursements are granted.

Dated: Brooklyn, New York
       July 20, 2006

                                        ROBERT C. HEINEMANN
                                        Clerk of Court